UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER G. HOWES,
    Petitioner,

v.

WARDEN,
    Respondent.

Case No. 16-cv-06604-SI

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new action in the proper venue, accompanied by the filing fee or a completed *in forma pauperis* application.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 9, 2017

_____
SUSAN ILLSTON
United States District Judge